## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re:  Michael S. Loshbough | CASE NO. 15-50880 |
| Donna M. Loshbough | JUDGE Charles M. Caldwell |
| | CHAPTER 13 |
| Debtors. | |

## NOTICE OF CHANGE OF ADDRESS

Now comes Counsel for Debtors, Michael S. Loshbough and Donna M. Loshbough, and notifies this Court that Debtor Michael S. Loshbough has a change of address and now lives at 6449 Gold Finch Drive, Westerville, Ohio 43081.

 /s/ Shannon M. Treynor
Shannon M. Treynor, Esq. (0072813)
63 North Main Street
P.O. Box 735
London, Ohio 43140
PH: (740) 845-1889
FAX: (740) 845-2919
Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served electronically on the parties listed below through the Court's ECF system at the e-mail address registered with the Court, or by ordinary U.S. Mail, on this 17th day of August, 2016.

U.S. Trustee Office, ustpregion09.cb.ecf@usdoj.gov
Frank M. Pees, trustee@ch13.org
Ohio Department of Taxation, bgianangeli@mifsudlaw.com
Selene Finance, LP, cmanolis@logs.om

Michael S. Loshbough  
6449 Gold Finch Drive  
Westrville, OH 43081

Donna M. Loshbough  
1019 Weathervane Way  
Plain City, OH 43064

Mid-Ohio Emergency Services, LLC  
P.O. Box 1109  
Minneapolis, MN 55440

                                                */s/ Shannon M. Treynor*  
                                                Attorney for Debtors